Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

SOUTHERN District of ALABAMA

Division

| | |
|---|---|
| MONICA F TAYLOR <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> STEVEN T. MNUCHIN, SECRETARY TREASURY <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 18-CV-104-CG-MU <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | MONICA F TAYLOR |
   | Street Address | 6139 FOXTAIL DRIVE |
   | City and County | MOBILE |
   | State and Zip Code | MOBILE, ALABAMA 36693 |
   | Telephone Number | 251-463-9085 |
   | E-mail Address | MSWEETDREAM23@GMAIL.COM |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | DEPARTMENT OF TREASURY |
| Street Address | 11039 OLD HIGWAY 49 |
| City and County | GULFPORT |
| State and Zip Code | MISSISSIPPI 39503 |
| Telephone Number | 251-341-5925 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Defendant No. 1

| | |
|---|---|
| Name | LISA JAMES PERRY |
| Job or Title *(if known)* | SUPERVIOR |
| Street Address | 1110 MONTILMAR DRIVE |
| City and County | MOBILE |
| State and Zip Code | ALABAMA 36609 |
| Telephone Number | 251-341-5925 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | KAREN DURAN |
| Job or Title *(if known)* | MANGER |
| Street Address | 1555 POYDRAS DRIVE |
| City and County | ORLEAN |
| State and Zip Code | LA 70112 |
| Telephone Number | |
| E-mail Address *(if known)* | KAREN.DURAN@IRS.GOV |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*: RECURITED OTHER TO COMPLIANT

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) 07/07/2017

C. I believe that defendant(s) *(check one)*:
- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☒ race           BLACK
- ☐ color
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

DEFENDANT:   DEPARTMENT OF THE TREASURY
             WASHINGTON DC 2020
             STEVEN T MNUCHIN,
             SECRETARY OF THE TREASURY

                                                TD CASE NUMBER: IRS 17-0778-F

V

COMPLAINT OF MONICA F TAYLOR
        6139 FOXTAIL DRIVE
        MOBILE, ALABAMA 36696


## DISCRIMINATION

ON JULY 7, 2017 A CUSTOMER CAME INTO THE OFFICE TO TELL ME HOW SORRY SHE (SANSRA BRELANDA) FOR, WHAT SHE AND OTHERS HAD PARTICIPATE IN MAKING FALSE STATEMENT. SHE SAID THEIR WERE OTHERS IN LINE TO MAKE A PHONE CALL ABOUT THE (BLACK LADY). THEY WAS REFERING TO (MONICA TAYOR) WHICH I WORK IN WAGE & INVESTMENT, SHE (SANDRA BRELAND) SAID THEY WERE PROVIDE A PHONE AND PHONE NUMBER TO CALL, AND A DRESCRIPT WHAT TO SAY. SHE SAID THE LADY INTRODUCE HER SELF AS THE MANGER IN SBA, SHE ADVISE THEM TO CALL THE TAXPAYER ADVOCATED OFFICE TO MAKE THEIR COMPLAINT KNOW. I WAS ALWAYS TARGET AGAINST

DUE TO THE LARGE NUMBER OF DISCRIMATION MADE BY CUSTOMERS COMPLAINT AGAINST ME LEAD TO THEM TO MAKE FAULT ASSUMPTION OF ME, THEY EVEN MADE SURE THEY TOOK A CUSTOMER STATEMENT AND CONVINCE AND RECUITED OTHERS, INVIDUAL TO SAY THAT I MAKE A FAULTS STATEMENTS WHICH IS ON MY RECORDS. THEY EVEN SEND EMAILS TO THE OTHER AGENCY MANAGERS TO RECURITE BY SLANDER MY NAME AND CHARACTER TO PROVING ACTED WHICH THEY ACCUSED BY EMAILING SUCH, SUCH STATEMENT NOT ALLOWING TO ME TO MAKE A STATEMENT IN DEFENSE SAYING I WAS BOOTY DANCING FOR THE GUARD. BY BEING PERCEPTIVE TO HAVE OTHER MNANGER TO AGREE, CONTANCE BEING TREATED DIFFERENTLY BY CREATING THE ENVORIMENT NO BELONG AND OTHER ACT IF THEY DON'T KNOW ANYTING WRONG. LOT OF THE INCENDENT WAS CONCEAL AND EMAIL WAS PASS AROUND AND NOT INCLUDE

THEY EVEN BUILD A CASE UPON FAULT ALLEGATION, THIS BROUGHT ABOUT THE CHARACTERISTIC WHAT I CAN AND CAN'T DO. THEY RECRUITED INVIDUAL OF THEIR OWN STAFF TO MAKE STATEMENT EVENS ADVISE ME I SHOULD HAVE KEEP MY MOUTH SHUT.

OTHER AGENCY MANGERS WAS RECUITED AND I MONICA TAYLOR WAS FORCE TO WORK THE COUNTER LONGER THAT OTHER EMPLOYEE AND EVEN SAW MAJORITY OF THE CUSTOMER. I MONICA TAYLOR WAS CONSTAND BEING SUBJECT TO TAUNTS OR ABUSE MENTALY, CONTANCE BEING HUMILIATING AND INTIMIDATING OR THREATEN THAT I WAS DOING SOMETHING WRONG LOOKING INTO MY PERSONAL LIFE AND HAVING ALL MY INFORMATION ON THE DISPLAY ON THE TABLE.

THE AGENCY DELIBERATE AND CREATE A VERY HOSTILE AND OFFENSIVE ENVIROMENT BY CREAT HARASSMENT AND UNFAIR ALLOCATE OF WORK AND INVESTIGATION, ABUSE OF POWER OR AUTHORITY. DUE THE AGENCY SHOW THEIR VIEW OF DISPARATE IMPACT AND DISPARTE TREAMENT ON ME.

THE AGENCY DELIBERATELY MADE SURE I WAS DELETE OUT FROM MY HEATHCARE BENFIT. WHEN I RETURN TO WORK I WAS ADVISE THAT I WAS DELETED OUT ALL MY APPLICATIONS AND DELETE OUT THE SYSTEM ALL TOGETHER. THE AGENCYS HAD NO KNOWLEDGE OF THE CODING OF THE SYSTEM DELETING OUT THE SYSTEM. FMLA APPLIED BEFORE I WENT ON LEAVE. WHEN I ASK A QUESTION ASK, SHE HAD NO KNOWLEDGE OF NOTHING.

I WAS DISCRIMINATE BY FORCING TO WORK IN A BULDING THAT HAD SEWER SPILLS AND THE SMELL AND MOLD IN THE BUILDING TWO DIFFERENT OCCASION, I WAS NOT GIVEN THE OPPORTUNITY TO WORK IN A DIFFERENT LOCATION. I DID REQUEST VERBALY ON SEVERAL DIFFERENTOCCASION. THE AGENCY VERBALY, ADVISE ME I COULD NOT WORK ANY OTHE OFFICE BUT MY ON LOCATION, THE AGENCY SAID THEY HAVE NO RECORD OF ME DIAGNOSE WITH CHRONIC ASTHMAS PROFILE. THE AGENCY SHOW NO REMOSE OR FEELING FOR WHAT THEY WAS DURING.

I DID EXPLAIN VERBALY TO THE AGENCY DISCRIMINATE AGAINSTD ME ON THE LEVEL OF MY I HAD OR HAVE THE DOCUMENTATION OF MY CONDITION IF NOT FOLLOW THEY COULD KILL ME. BY ALLOWING MY MEDICAL TO BE AN ISSUE AND QUESTIONABLE LEVEL SICKNESS I WAS THE AGENCY REFUSE TO UNDERSTANDING THE ISSUE I CAN NOT ENTER IN THE BUILDING. I WAS DUNDRESS FEAR I WILL LOSE MY JOB AND TOBRING SUCH ALEGATION AGAINST ME, EVERY TIME, A PROBLEM WILL RISE WITH QUESTIONABLE, HEALTH ISSUE, I.E CAUSE BY SEWER ISSUE AND PROBLEM WITH THE AIR CONDITION AND CLEANING SUPPLY. I HAD TO TELL MY SELF ITS OKAY.

THE AGENCY MADE CONTINUE TO DISCRIMATE AGAINST MAKING FAULT STATEMENTS. LET MAKE IT KNOW THAT I HAD ASTHMAS WHEN I WORK IN MOBILE OFFICE IN THE YEAR 2008 OR 2009, I HAD A PROFILE THEN ABOUT MY ASTHMAS, BECAUSE I WORK IN THE SAME OFFICE WITH THE MANGER OF LISA PERRY. SO IT COULD DOCUMENTAION IN MY RECORDS. THE AGENCY DIDN'T HAVE THE FORM I FILE BACK IN 2011, I WAS ADVISE BY GSA TO FILL OUT THE FORM 9154 OCCUPATIONAL INJURY, ILLNESS, ACCIDENT OR UNSAFE CONDITION.

THE PULMONARY ASSOCIATE SEND A PRESCRIPTION ADVISE THEM OF THE ORDER NOT ALLOWING OF LOUD OF CLEANING SUPPLY AND LOUD SMELL WAS MY TRIGGER, ALSO WRITTEN OUT A PROFILE, BECAUSE OF MY BREATHING AND ASTHMAS IS VERY CHROINC, THEY HAVE THE PAPER WORK, THE AGENCY ACT AS IF THEY DIDN'T HAVE IT.

THE AGENCY ADVISE ME THAT I COULDN'T WORK IN THE MOBILE OFFICE. I WAS NOT GIVEN PAID DAYS THAT I WAS FORCE TO TAKE OFF, WHICH CREATED A HARD SHIP. BECAUSE AGENCY WOULD NOT ACCOMDATE ME TO WORK IN THE MOBILE OFFICE AND OR ANY OTHER OFFICE. I MONICA TAYLOR WORKING IN THE GULFPORT OFFICE TRIGGER MY ASTHMAS, I WAS PLACE ON STERIOD AND ANTIBIOTIC FOR AT LEAST THREE MONTHS.

I WAS ALSO WARRANT THAT I COULD NOT COME TO THE MOBILE OFFICE UNDER NOT CIRCUMSTANCE UNLESS I WAS ADVISE AND HAD TO LET HER NO IN ADVANCE IN WRITING. THE AGENCY ALLOW THEIR

MANAGER TO MANIPULATIVE THEIR POWER FOR THEIR OWN GAIN. THEY WERE ALL RECUITE AND BY AND AWARE OF THE MISHANDLING OF POWER AND ALL THE DISCRIMINATION,

CONTIUE TO BE UNJUST PREJUDICAL TREATMENT AGAINST ME ALLOWING THE MANGER TO MISUE THEIR POWER. IF YOU WOULD GO BACK LOOK AT THE EMAIL THEY WERE CONSTANCE GOING BACK FORTH, THE AGENCY WAS AWARE OF THE 9154 FORM THAT WAS FILE BECAUSE OF THE ASTHMAS CONDITION AND CONTIUNE TO BE INSENSITIVE.

ON THE DATE OF JULY 7, IMPACT MY LIFE IT CHANGE IT ALTER MY BEHAVIOR HOW I USE TO BE MY LIFE CHANGE MY HEALTH CHANGE AS WELL. PLEASE HELP

AMEND: RETAILTION DATE ON THE 02/08/2018, BY CREATING UNWELCOMING HARASSMENTAND HOSTILE WORKING BY CREATING A INVESTIGATION FOR 201212.

AS OF 02/08/2018 I WAS INFORMED THAT I WAS TO MEET WITH THE AGENCY INVESTIGATOR ABOUT A CUSTOMER CLINET WHO SAID THAT HE WAS DISABLE, HE BROUGHT A FRIEND WHO CAME INTO THE OFFICE TO SPEAK ON HIS BEHALF, SHE WHO MISS RESENTATIVE HERSELF TO MEINTO THE OFFICE TO HELP WITH GETTING HIS INFORMATION. THE CLIENT INTRODUCE HER SELF AS A IRS EMPLOYEE, ADVISE BECAUSE HER OF TONE OF VOICE AND RUDENESS TOWARD ME, I HADE TO ASK HER TO LEAVE MY OFFICE, BECAUSE OF HER TONE OF VOICE TO ME AND HER RUDENES, THE AGENCY MANAGER WAS CALL ABOUT THEI INCIDENT THAT HAPPEN AT THE OFFICE AND ADVICE ME TO WRITE A STATEMENT WHAT HAPPEN.

My DOCTOR ADVISE ME TO TELL THEM THAT I WAS UNDER DOCTOR ORDER, THE AGENCY ADVISE INVESTAGATOR THAT SHE HAVE NO DOCTOR EXCUSE, AND DOCTOR ORDERS NOT BE STRESS OUT DUE TO MY ILLINESS, THEY ADVISE ME THAT I HAD TO STAY AND GO THRU THE QUESTION BECAUSE THEY AGENCY SAID THAT THE DON'T APPROVE OF ANY DOCUMENTION TO SHOW I HAVE TO BE OFF WORK DUE TO MEDICAL. I VERBLY ADVISE THE AGENCY THAT THEY WILL BE SENDING THEM INFORMATION.

THE AGENCY FILE A INVESTGATION ON ME SAYING I MISTREATED A CUSTOMER. THAT WAS NOT TRUE, THE SAID I HAD TO TALK TO THEM. I WAS SAYING I WASCARED THAT IF I DIDN'T I WOULD LOSE MY JOB ADVISE THE UNION REPRESENTED ADVISE ME I HAD TOO TALK TO THEM BECAUSE OF THE HISTORY.

CONTINUE TO DISCRIMINATE AGAINST ON MY HEALTH BY THE BASES ON THE HEALTH BY SPRAYING AIR SPRAY IN THE OFFICE AND TRYING TO SEE MY REACTING TO THE SPRAYING. SHE DIDN'T SAY SHE WASSORRY, BUT LEFT OUT THE DOOR NOT EVEN ALKNOWLDGING WHAT SHE DIDMNOT SAY NOTHING, WHEN I WALK INTO THE OFFICE TO GRAB BOOK FOR A CLIENT I HAD A ASTHMAS ATTACK, SHE SUDDELY LEFT THE OFFICE TRYING TO ASK IF SHE DIDN'T DO IT ON THE DAY OF 11/2017

THIS STATEMENT IS TRUE TO THE BEST I COULD REMEMBER OF THE EVENT AS IT HAPPEN.

*MONICA F TAYLOR*
MONICA F TAYLOR

Monica Taylor

6139 foxtail drive

Mobile Al 36693

Re agency case no IRS 17-0778-f

09. Set the record straight the agency supervisor, cc her on an email indicating that she didn't have any medication. She has not spoken with to see or show any kind of concern. In fact, the agency Manger and the Agency supervisor cc copy on all correspondent that is address to me.

10. The Agency was aware nor did either of them try to reach out to show their concern. There was nothing in place.

11. Yes all Agency have communication to each on other ongoing base.  IE Supervisor agency was aware of some of the allegation. Fell to do something about it.

19. the agency didn't provide no accommodate at any time, in fact I was advise I could no work in the mobile office. Because of the Agency negligent in the performance of their duties to provide me, relief cause me a great deal hardship.



DUE STRESS AND RESULTING IN CREATING MEDICAL ISSNES THAT WILL NEED ONGOING MEDICAL TREATMENT AND ANY MEDICAL, ASSOCIATE WITH THIS CASE, PAIN AND SUFFING AND FULL MEDICAL AND PERCRIPTION. I AM ASKING FOR $300,000.00

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/19/2018

Signature of Plaintiff: *Monica T. Taylor*
Printed Name of Plaintiff: Monica Taylor

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address: 6139 Foxtail Drive
State and Zip Code: Mobile Alabama 36693
Telephone Number: 251 463-9085
E-mail Address: msweetdream23@gmail.com

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: LISA JAMES PERRY
- Job or Title *(if known)*: SUPERVIOR
- Street Address: 1110 MONTILMAR DRIVE
- City and County: MOBILE
- State and Zip Code: ALABAMA 36609
- Telephone Number: 251-341-5925
- E-mail Address *(if known)*:

Defendant No. 2
- Name: KAREN DURAN
- Job or Title *(if known)*: MANGER
- Street Address: 1555 POYDRAS DRIVE
- City and County: ORLEAN
- State and Zip Code: LA 70112
- Telephone Number:
- E-mail Address *(if known)*: KAREN.DURAN@IRS.GOV

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*: